**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF MISSISSIPPI**
**GREENVILLE DIVISION**

**TENNESSEE GAS PIPELINE COMPANY**                        **PLAINTIFF**

**V.**                                   **CAUSE NO: 4:05CV118**

**LAND, WASHINGTON COUNTY, ET AL.**                    **DEFENDANT**

## ORDER GRANTING UNOPPOSED MOTION FOR FOR CONTINUANCE OF TRIAL

This cause came on consideration on Plaintiff's Unopposed Motion for Continuance of Trial. The Court, having considered said Motion, finds that the Motion should be **GRANTED**. The Court finds as follows:

The Court finds that said Motion is well taken. The trial is currently set for May 27, 2008, and shall be re-set for June 30, 2008. A subsequent notice will follow. Thus, the Court **GRANTS** Plaintiff's Unopposed Motion for Continuance of Trial.

So **ORDERED**, this the 1st day of May, 2008.

<u>**/s/ Sharion Aycock**</u>
**U.S. DISTRICT COURT JUDGE**